UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


COREY A. ASKEW,

    Petitioner,

v.                                                Case No. 2:09-cv-238
                                                      HON. R. ALLAN EDGAR

CATHERINE S. BAUMAN,

    Respondent.

_____/


## OPINION AND ORDER
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Docket #25) filed by the United States Magistrate Judge in this action recommending that petitioner's Motion For Preliminary Injunction be denied. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #25) is approved and adopted as the opinion of the Court.

IT IS FURTHER ORDERED that petitioner's Motion For Preliminary Injunction (Docket #10) is DENIED.


Dated:   3/11/2011                                           */s/ R. Allan Edgar*
                                                                         R. ALLAN EDGAR
                                                                         UNITED STATES DISTRICT JUDGE